Generated: Aug 27, 2025 3:04PM                                                                                           Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Aug 27, 2025 3:04PM

LIZA HAZAN

| Rcpt. No: 307083 | | Trans. Date: Aug 27, 2025 3:04PM | | | Cashier ID: #VT (1899) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | DFLS125CV023860 | 1 | | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

Comments: 1:25-cv-23860-EIS

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.